**Mario SANCHEZ–PEREZ, Petitioner,**

**v.**

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 11–70162.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 21, 2012.[*]

Filed March 2, 2012.

Peter James Musser, Peter James Musser a Professional Corporation, Vista, CA, for Petitioner.

Oil, Annette Marie Wietecha, Trial, DOJ-U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

## MEMORANDUM [**]

Mario Sanchez–Perez, a native and citizen of Mexico, petitions for review of the Department of Homeland Security's order reinstating his prior expedited removal order under 8 U.S.C. § 1231(a)(5). We have

---

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

jurisdiction under 8 U.S.C. § 1252, and we deny the petition for review.

Contrary to Sanchez–Perez's contention, the agency did not err when it concluded that Sanchez–Perez had unlawfully reentered the United States. *See Morales–Izquierdo v. Gonzales,* 486 F.3d 484, 495–497 (9th Cir.2007) (en banc); 8 C.F.R. § 241.8 (when determining illegal re-entry, "the officer shall consider all relevant evidence, including statements made by the alien and any evidence in the alien's possession").

**PETITION FOR REVIEW DENIED.**